Pro Se 14 (INND Rev. 2/20)                                              page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA - FILED -

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

OCT 19 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

__Ausben L. Logan__,
[You are the PLAINTIFF, print your full name on this line.]

v.

__ALLEN COUNTY JAIL__,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __1:22CV369__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | ALLEN COUNTY JAIL | 417 S. CALHOUN ST Ft. Wayne, IN 46802 |
| 2 | DAVID GLADIEUX ALLEN COUNTY SHERIFF | 417 S. CALHOUN STREET Ft. WAYNE, IN 46802 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __2__

2. What is the name and address of your prison or jail? __417 S. CALHOUN STREET FT. WAYNE, IN 46802__

3. Did the event you are suing about happen there? ● Yes.  ○ No, it happened at: _____

4. On what date did this event occur? __JUNE 25TH, 2022__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you*.]

1. THE AIR VENTS ARE DIGUSTING WITH LITERALLY BLACK TAR AND RUSTY, SO THE AIR VENTS ARE BLOWING OUT INADEQUATE AIR. I HAVE BEEN WAKING UP TO DRY AIR WHICH CAUSE MY NOSES TO BLEED. I ALSO WAKE UP SWEATING, SNEEZING, COLD SWEATS AND I HAVE A HARD TIME TO BREATH. THIS CAUSE MYSELF TO WAKE UP PANICING FROM NOT BEING ABLE TO BREATH. I FEAR FOR MY LIFE THAT MY LUNGS MAY CLOSE WHILE I REST AT NIGHT AND I DIE!

2) THE WALLS ARE DIGUSTING, I HAVE NEVER SEEN THEM CLEANED. SOME WALLS HAS DRY BLOOD, DRY SPIT, DRY FOOD AND SO MUCH MORE DIGUSTING AND HORRIFYING STUFF. I CANT IMAGIEN THE LAST TIME THE WALLS WAS CLEANED.

3) I WROTE 1ST, 2ND, AND 3RD SHIFT COMMANDS OVER THE DIRTY AIR VENTS AND WALLS. THE WROTE BACK STATING TALK TO BLOCK OFFICER,

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

AND WE GET CLEANING SUPPLIES TWICE A DAY. WELL WE DO NOT GET THE CLEANING SUPPLIES TWICE A DAY SOME DAYS, MOSTLY WHEN OFFICERS CACCOMO AND NONLEY WORK. THE TWO OFFICERS ARE ONLY HERE FOR A PAY CHECK AND THE TELL ME TO "F OFF" OR MAKE AN EXCUSE TO WHY I CANT CLEAN. I AM CURRENTLY ON M-BLOCK IN THE ALLEN COUNTY JAIL. ON THIS BLOCK WE ARE ONLY ALOUD OUT 1 HOUR ON FIRST SHIFT AND 1 HOUR ON SECOND SHIFT. THEIR ARE 20 OFFENDERS TO SHARE 1 HOUR OF CLEANING WHICH IS UNPOSIBLE This is very unhumaning living in my opioion & irresponsibleness on behalf of the County & the vents can't be unscrewed.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ○ Before I was confined.
   - ● While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

   ~~[scribbled out]~~ # 207461572

8. If you win this case, what do you want the court to order the defendant(s) to do?
   *[NOTE: A case filed on this form will not overturn your conviction or change your release date.]*

   I AM SEEKING $50,000 - $100,000

[*Initial Each Statement*]

A.L. I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
A.L. I will keep a copy of this complaint for my records.
A.L. I will promptly notify the court of any change of address.
A.L. I WILL NOT send more than one copy of any filing to the court.
A.L. I WILL NOT send summons, USM-285, or waiver forms to the clerk.
A.L. I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 10 / 14 /20 22 at 4:31 am/**pm**.
*[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]*

_auslem Logan_                                      #873162
Signature                                           Prisoner Number

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*